# **CERTIFICATE OF SERVICE**

I, EMMETT E. LEE LOY, hereby certify that a true and exact copy of the foregoing document was duly served via e-mail to the following on March 28, 2006.

BEVERLY WEE SAMESHIMA
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813
beverly.sameshima@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, March 28, 2006.

      /s/Emmett E. Lee Loy
      EMMETT E. LEE LOY
      Attorney for Defendant
      EDISON PIANO VILLEGAS