# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00026JMS

CASE NAME:        USA v. (02) Edison Piano Villegas, Jr.

ATTYS FOR PLA:    Beverly Wee Sameshima

ATTYS FOR DEFT:   (02) Emmett Lee Loy

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 4/4/2006 | TIME: | 9:34 - 9:37 |

COURT ACTION:  EP: Motion to Withdraw as Counsel as to (02) Edison Piano Villegas, Jr. - DENIED.  Lee Loy to prepare order.

Defendant present in custody.

Submitted by Richlyn Young, Courtroom Manager