Emmett E. Lee Loy   #5689
758 Kapahulu Avenue, #429
Honolulu, Hawaii  96816
Tel. (808) 922-0455
Fax. (808) 922-0422

Attorney for Defendant
EDISON P. VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00026 JMS |
|---|---|---|
| Plaintiff, | ) | **ORDER DENYING EMMETT E. LEE LOY'S MOTION TO WITHDRAW AS COUNSEL FOR EDISON P. VILLEGAS** |
| vs. | ) | |
| EDISON P. VILLEGAS | ) | Hearing Date: 4/4/06 |
| Defendant. | ) | Time: 9:30 A.M. |
| | ) | Judge: Hon. Barry M. Kurren |

**ORDER DENYING EMMETT E. LEE LOY'S
MOTION TO WITHDRAW AS COUNSEL FOR EDISON P. VILLEGAS**

      Counsel EMMETT E. LEE LOY'S Motion to Withdraw as Counsel for Defendant EDISON P. VILLEGAS (filed March 28, 2006) was heard by the Federal District Court for the District of Hawaii Magistrate Judge, The Honorable Barry M. Kurren, at 9:30 a.m., on Tuesday, April 4, 2006.  Emmett E. Lee Loy, Attorney at Law, appeared as the movant.  Assistant United States Attorney, Beverly Wee Sameshima, appeared on behalf of the Plaintiff, United States of America.  Present was Defendant EDISON P. VILLEGAS.  The Court, having considered the written and oral submissions on the motion and finding no good cause shown, hereby DENYS EMMETT E. LEE

LOY'S Motion to Withdraw as Counsel for Defendant EDISON P. VILLEGAS.

   IT IS SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 5, 2006

UNITED STATES OF AMERICA V. EDISON P. VILLEGAS; CR. NO. 05-00026 JMS; ORDER DENYING EMMETT E. LEE LOY'S MOTION TO WITHDRAW AS COUNSEL FOR EDISON P. VILLEGAS